**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7242**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

DOMINIQUE SANCHEZ DAVIS,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Kenneth D. Bell, District Judge.  (3:20-cr-00016-KDB-DSC-1)

Submitted:  February 1, 2024                    Decided:  February 23, 2024

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dominique Sanchez Davis, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dominique Sanchez Davis appeals the district court's order denying his 18 U.S.C. § 3582(c)(1)(A) motion for compassionate release. Upon review of the record, we find no reversible error. We affirm the district court's order based on its reasoning relative to the 18 U.S.C. § 3553(a) factors in Davis' case. *United States v. Davis*, No. 3:20-cr-00016-KDB-DSC-1 (W.D.N.C. Nov. 7, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*